```
Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Charles Bruun and Jennifer Jensen
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-7305<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Charles Bruun and Jennifer Jensen,<br>                                Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>                                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, (CHARLES BRUUN and JENNIFER JENSEN) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: _____
Attorneys for Plaintiff, Charles Bruun and Jennifer Jensen

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: April 27, 2009     DLA PIPER US LLP

By: /s/ Michelle Sadowsky
Michelle Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated APR 3 0 2009

Hon. Charles R. Breyer
United States District Court

PFZR/1035934/6190655v.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE